## (February 11, 1966)

■ In the Matter of the Claim of Hugh Fairbanks, Respondent, v. Brewer-Titchener Corporation, Appellant. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal denied, without costs. (*Matter of Barrow* v. *Loon Lake Hotel*, 3 A D 2d 783.) Upon this appeal, our review is limited to the question whether the board's action was arbitrary and capricious. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ The People of the State of New York ex rel. Charles M. Kramer, Petitioner, v. Daniel E. Damon, Jr., as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of CPLR, and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ The People of the State of New York, Respondent, v. Donald R. Cunningham, Appellant.— Motion to dismiss appeal denied, and cross motion for permission to serve a copy of the notice of appeal upon the District Attorney *nunc pro tunc* granted, such notice to be served with a copy of the order to be entered upon this decision. (Code Crim. Pro., § 524-a.) Motion for extension of time to perfect appeal granted, and time extended for 90 days. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

## (February 14, 1966)

■ The People of the State of New York ex rel. Leo Rodriguez, Appellant, v. Daniel E. McMann, as Warden of Clinton Prison, Respondent.— Judgment affirmed, without costs (*People ex rel. Banks* v. *La Vallee*, 18 A D 2d 738, mot. for lv. to app. den. 12 N Y 2d 646). Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.